2

PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Email:　　jeffrey.lodge@usdoj.gov

Attorneys for the United States Department of Education

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SAMANTHA LYNN SELMA,<br><br>　　　　　Debtor, | Case No. 23-11537<br>Chapter 7 |
| SAMANTHA LYNN SELMA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION et al.,<br><br>　　　　　Defendants. | Adv. Proceeding No. 23-01043<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

　　　The Plaintiff and the United States Department of Education ("Education"), by and through their respective counsel, have stipulated in writing that the time for all the parties to respond to the Complaint shall be extended for a period of thirty (30) days from the original time to respond to the complaint pursuant to Local Rule 7012-1. The parties have engaged in a New Process for Student Loan Bankruptcy Discharge Cases which may facilitate an expedited analysis of the factors

///

///

STIPULATION FOR EXTENSION OF TIME　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

1  determining dischargeability under 11 U.S.C. §523(a)(8) and seek additional time before engaging in
2  litigation.

3  Dated: November 14, 2023                    Respectfully submitted,

                                               PHILLIP A. TALBERT
                                               Acting United States Attorney

                                           By: /s/Jeffrey J. Lodge
                                               Jeffrey J. Lodge
                                               Assistant U.S. Attorney
                                               Attorneys for the United States

9  Dated: November 14, 2023                    Law Office of Jeffrey D. Rowe

                                           By: _____
                                               Jeffrey D. Rowe
                                               Attorneys for Plaintiff