```
 1  Dennis Winters - CA Bar #89872
    Winters Law Firm
 2  23046 Avenida de la Carlota
    Suite #600
 3  Laguna Hills, CA 92653
 4  Telephone: (714) 836-1381
    Facsimile: (949) 388-3088
 5  Email: winterslawfirm@cs.com
 6  Attorneys for Navient Solutions, LLC
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### Fresno Division

| | |
|---|---|
| In re: | Bankr. Case No.: 23-11537 |
| SAMANTHA LYNN SELMA, | Chapter 7 |
| Debtor. | |
| SAMANTHA LYNN SELMA, | Adv. Proc. No.: 23-01043 |
| Plaintiff, | **STIPULATION TO DISMISS NAVIENT SOLUTIONS, LLC** |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, NAVIENT SOLUTIONS, LLC, | Status Conference<br>Date: December 13, 2023<br>Time: 11:00 A.M.<br>Place: United States Bankruptcy Court<br>　　　Courtroom 13, 5th Floor<br>　　　2500 Tulare Street<br>　　　Fresno, CA |
| Defendants. | |

　　　Plaintiff, Samantha Lynn Selma ("Plaintiff"), and Navient Solutions, LLC ("NSL"), by and through their respective attorneys, hereby stipulate as follows:

　　　1.　　Samantha Lynn Selma (the "Debtor" or "Plaintiff") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on July 17, 2023.

2. On October 13, 2023, the Plaintiff commenced this adversary proceeding by filing a Complaint to Determine the Dischargeability of Student Loan (the "Complaint") and naming NSL as one of the Defendants.

3. Neither NSL, nor any related companies, corporations or entities, currently hold any interest in any educational loans owed by the Plaintiff.

4. Upon information and belief, NSL may have been the former servicer of educational loans for the U.S. Department of Education, on which Plaintiff is liable. NSL is no longer the servicer of these loans after December 26, 2021.

5. Neither NSL nor any of their other related companies, corporations or entities has any further connection to the Plaintiff's loans owned by the U.S. Department of Education.

6. A search of NSL's database reveals that Plaintiff does not owe any educational loan debt to NSL.

7. Because the Plaintiff owes no debt to NSL or any of their other related companies, corporations or entities, NSL is not a proper party defendant in this adversary proceeding seeking to determine the dischargeability of student loan debt.

8. Based on the above, the Plaintiff and NSL agree and stipulate to the dismissal of Navient Solutions, LLC as a Defendant without prejudice, as it is not a necessary or proper party in the instant adversary proceeding.

|   |   |
|---|---|
| By: | /s/ Dennis Winters |

Dennis Winters - CA Bar #89872
Winters Law Firm
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Facsimile: (949) 388-3088
Email: winterslawfirm@cs.com
Attorneys for Navient Solutions, LLC

By: _____
Jeffrey D. Rowe – CA Bar #194708
The Law Offices of Jeffrey D. Rowe
516 W. Shaw Avenue, Suite 200
Fresno, CA 93704
Telephone: (559) 228-1500
Facsimile: (559) 228-1700
Email: jdr@jdrlegal.com
Attorneys for Plaintiff