3

PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Email: jeffrey.lodge@usdoj.gov

Attorneys for the United States Department of Education

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SAMANTHA LYNN SELMA,<br><br>　　　　　　　Debtor, | Case No. 23-11537-B-7<br>Chapter 7 |
| SAMANTHA LYNN SELMA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION et al.,<br><br>　　　　　　　Defendants. | Adv. Proceeding No. 23-01043<br><br>**JUDGMENT FOR DISCHARGEABILITY OF STUDENT LOAN DEBT** |

The stipulation of the parties having been approved, IT IS ORDERED AND ADJUDGED that the student loan debt (including all principal, all interest and penalties as of the date of entry of Judgment in this case) of Plaintiff Samantha Lynn Selma to defendant United States Department of Education is declared to be discharged pursuant to 11 U.S.C. § 523(a) (8). Attached hereto and fully incorporated into this Judgment is Exhibit A listing the loan date, loan amount, loan type and principal of student loan debt owed by Plaintiff Selma to Defendant Education. All remaining

claims or previously alleged claims against all Defendants are dismissed with prejudice. Each party shall bear their own attorney fees and costs.

**Dated:** Feb 16, 2024

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

JUDGMENT FOR DISCHARGEABILITY
OF STUDENT LOAN DEBT

# EXHIBIT "A"

In re:
Samantha Lynn Selma

Bankruptcy Case Number 23-11537-B-7
Adversary No. 23-01043

| Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type | Loan Status | Principal |
|---|---|---|---|---|---|---|
| 11 | AidVantage | 2015-08-15 | $2,750.00 | DIRECT STAFF | All loans In Repayment | $2,792.00 |
| 10 | All Loans | 2015-08-15 | $1,000.00 | DIRECT STAFF | " " | $1,052.00 |
| 9 | " " | 2014-08-27 | $5,500.00 | DIRECT STAFF | | $5,593.00 |
| 8 | | 2014-08-27 | $2,000.00 | DIRECT STAFF | | $2,188.00 |
| 7 | | 2013-08-14 | $3,905.00 | DIRECT STAFF | | $4,036.00 |
| 6 | | 2013-08-14 | $2,595.00 | DIRECT STAFF | | $2,900.00 |
| 5 | | 2013-01-07 | $609.00 | DIRECT STAFF | | $770.00 |
| 4 | | 2012-08-22 | $2,891.00 | DIRECT STAFF | | $2,976.00 |
| 3 | | 2012-08-22 | $2,000.00 | DIRECT STAFF | | $2,563.00 |
| 2 | | 2011-08-17 | $1,988.00 | DIRECT STAFF | | $2,679.00 |
| 1 | | 2011-08-17 | $1,955.00 | DIRECT STAFF | | $1,979.00 |